POTTER HANDY LLP
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
Phone: (858) 375-7385
Fax: (888) 422-5191

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DURAN, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiff,<br>v.<br>FRONTIER CALIFORNIA INC., a California corporation; and DOES 1 to 100, inclusive<br>　　　　　　　　　　Defendants. | Case No.: 5:24-cv-00849-PSG-SHK<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Complaint Filed: March 20, 2024 |

　　　Plaintiff Andy Duran and Defendant Frontier California, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to Named Plaintiff's individual claims, and without prejudice as to any claims of putative class members.., causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 26, 2024

　　　　　　　　　　　　　　　　　POTTER HANDY, LLP
　　　　　　　　　　　　　　　_____/s/James M. Treglio_____
　　　　　　　　　　　　　　　　 By: James M. Treglio
　　　　　　　　　　　　　　　　 Attorney for Plaintiff

Dated: April 26, 2024

                                      LITTLER MENDELSON
                              _____/*s/* Rod.M Fliegel_____
                               By:  ROD M. FLIEGEL
                               Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28